UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 08-573 |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| ERIC CHARLES SANFORD, | ) | |
| Defendant. | ) | |

Offense charged:  Felon in Possession of a Firearm

Date of Detention Hearing:  January 6, 2009

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant is on active supervision with the state Department of Corrections for a controlled substance violation. The AUSA proffers information that his supervising officer

reports the defendant has been non-compliant during the course of supervision.

    (2)    The AUSA proffers information tending to establish the defendant's active gang membership, as well as leadership. Material is proffered that has been downloaded from the internet in which the defendant is alleged to brandish a firearm and ammunition, and threaten harm to rival gang members.

    (3)    Defendant poses a risk of nonappearance based on a prior history of failing to appear, lack of employment, a recent history of failing to comply with supervision, an alleged history of controlled substance use and some lack of verification of background information. He poses a risk of danger due to the fact that he was on state supervision at the time of the instant alleged charges, association with a street gang, and criminal history.

    (4)    There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

    (1)    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

    (2)    Defendant shall be afforded reasonable opportunity for private consultation with counsel;

    (3)    On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is

DETENTION ORDER   15.13
18 U.S.C. § 3142(i)   Rev. 1/91
PAGE 2

confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this <u>6th</u> day of January, 2009.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge